IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMPEROR ELDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13 C 8103 |
| CHICAGO TRANSIT AUTHORITY, UNIDENTIFIED BUS OPERATOR, CHICAGO POLICE DEPARTMENT, UNIDENTIFIED CPD OFFICER-BADGE NUMBER 6837, | ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This Court has just received the Judge's Copy of a filing by pro se plaintiff Emperor Elder ("Elder") in this action. Although nonlawyer Elder cannot be expected to know this District Court's local rules, he is advised that LR 26.3 prohibits the filing of discovery materials unless the court specifically orders such a filing. Accordingly, although the current submission of Elder's Affidavit and Certificate of Service will not be stricken from the file, he is directed to avoid any further violation of LR 26.3.

                                                   _____
                                                   Milton I. Shadur
                                                   Senior United States District Judge

Date: February 12, 2014