# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **EMPEROR ELDER**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13 C 8103 |
| **CHICAGO TRANSIT AUTHORITY**, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Pretrial conference held October 16, 2015. Parties jointly submitted a final pretrial order ("FPTO"), which this Court approved with these exceptions:

1. Jury will consist of 8 jurors.

2. Defendants' objections to plaintiff's exhibits are withdrawn without prejudice pending the parties' further discussion (plaintiff's Ex. 8 is a purely demonstrative exhibit and will not be objected to).

3. Plaintiff withdraws his objection to DEx 2.

Case is added to the trial call. On or before November 13, 2015 counsel for parties are ordered to file any motions in limine and supporting memoranda. On or before November 30, 2015 counsel for the parties are ordered:

1. to file responses to those supporting memoranda and

2. to transmit letters to this Court, with copies to opposing counsel, identifying their respective unavailabilities for trial during the period from January 3, 2016 through March 31, 2016.

This Court will then set the case for trial, and the following items will be due 14 days before the date set for trial:

1. proposed voir dire questions and

2. proposed jury instructions.

Trial briefs are waived.

                                                                       Milton I. Shadur
                                                                       Senior United States District Judge

Date: October 19, 2015